Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:  (518) 869-9200
Facsimile:   (518) 869-3334
Email: mgregg@rosewaldorf.com
           mskanes@rosewaldorf.com

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN CARTER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC, a limited liability company, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:20-cv-00211-JGB-KK<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |
|---|---|

### JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiff STEPHEN CARTER ("Plaintiff") and Defendant FCA US LLC ("Defendant") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiff STEPHEN CARTER has reached an agreement with Defendant FCA US LLC to resolve all claims against Defendant.

2. The Parties are in the process of finalizing a confidential settlement agreement.

3. Pursuant to the terms of the agreement and logistical problems due to the COVID-19 pandemic, it may take up to or in excess of 90 days for the surrender of the vehicle which is the subject of this action and the exchange of settlement funds.

4. Based on the foregoing, the Parties respectfully request they be excused from the filing requirements for the Joint Rule 26(f) Report, and that all existing deadlines be vacated.

5. The Parties request that the scheduled Rule 26(f) Scheduling Conference be removed from the calendar for May 4, 2020.

Dated: April 17, 2020    **NEALE & FHIMA, LLP**

    By: s/Aaron D. Fhima
    Aaron D. Fhima
    Attorneys for Plaintiff Stephen Carter
    Email: aaron@nealfhima.com

Dated: April 17, 2020    **ROSEWALDORF LLP**

    By: s/Michael J. Gregg
    Michael J. Gregg
    Attorneys for Defendant FCA US LLC
    Email: mgregg@rosewaldorf.com